IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00089-MR

| | | |
|---|---|---|
| **JORDAN ANDREW JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **GEORGE T. SOLOMON, et al.,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on Defendants' Motion to Manually File Video Exhibit [Doc. 99].

Defendants seek to manually file video exhibits in support of their Motion for Summary Judgment. [Doc. 96]. The Motion will be granted pursuant to the Court's ECF Administrative Procedures. See Admin. Procedures Governing Filing and Service by Electronic Means, Section IV(G) (rev. Jan. 1, 2018). Counsel for Defendants shall ensure that a copy of the video exhibits is made available for Plaintiff's viewing if he requests an opportunity to do so.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Manually File Video Exhibit [Doc. 99] is **GRANTED** in accordance with this Order.

**IT IS SO ORDERED.**

Signed: February 1, 2021

Martin Reidinger
Chief United States District Judge