FILED: January 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7239
(1:18-cv-00089-MR)

_____

JORDAN ANDREW JONES

        Plaintiff - Appellant

v.

GEORGE T. SOLOMON, Director of the North Carolina Department of Public Safety; W. DAVID GUICE, Commissioner of the North Carolina Department of Public Safety; FRANK L. PERRY, Secretary of the North Carolina Department of Public Safety; RANDY S. MULL, Disciplinary Hearing Officer for the North Carolina Department of Public Safety; MIKE BALL, Superintendent of Avery-Mitchell Correctional Institution; JASON M. PENLAND, Assistant Superintendent for Programs of Avery-Mitchell Correctional Institution; GREGORY P. TAYLOR, Assistant Superintendent for Custody and Operations of Avery-Mitchell Correctional Institution; TIM LAUGHRUN, Classification Coordinator of Avery-Mitchell Correctional Institution; RENAE REEL, Captain designated Officer-in-Charge of Avery-Mitchell Correctional Institution; BONDY CARROLL, Correctional Sergeant for the Avery Unit of Avery-Mitchell Correctional Institution; MARTY COOPER; GILBERT LEWIS; STEPHEN P. CARPENTER; SCOTTY LOWERY; JOSEPH BUCHANAN; JOHN DOE, Captain or Lieutenant designated Officer-in-Charge of Avery-Mitchell Correctional Institution

        Defendants - Appellees

and

FNU WILLIAMS, Inmate Grievance Examiner for the North Carolina Department of Public Safety; ELIZABETH D. WALLACE, Inmate Grievance Examiner for the North Carolina Department of Public Safety; JASMINE BELYEU, Inmate Grievance Examiner for the North Carolina Department of Public Safety; JONNITA BAKER, Inmate Grievance Examiner for the North Carolina Department of Public Safety; JEFFREY A. DANIELS, Western Region Security Coordinator of the North Carolina Department of Public Safety; BRIAN WATSON, Special Affairs Captain of Avery-Mitchell Correctional Institution; ADRIAN Z. CROWE, Unit Manager for the Avery Unit of Avery-Mitchell Correctional Institution; BRYAN DALE JOHNSON, Unit Manager for the Watauga Unit of Avery-Mitchell Correctional Institution; FNU CORNETT, Unit Manager for Yancey Unit of Avery-Mitchell Correctional Institution; JAMES C. WALDROOP, Assistant Unit Manager for the Avery Unit of Avery-Mitchell Correctional Institution; ROBIN HUDGINS, Assistant Unit Manager for Watauga Unit of Avery-Mitchell Correctional Institution; MARK RANDALL GEOUGE, Assistant Unit Manager for Yancey Unit of Avery-Mitchell Correctional Institution; TYLER STOCKTON, Correctional Officer for the Avery Unit of Avery-Mitchell Correctional Institution; FNU BANKS, Correctional Officer for the Avery Unit of Avery-Mitchell Correctional Institution; FNU BALL, Correctional Officer for the Avery Unit of Avery-Mitchell Correctional Institution

        Defendants

---

# M A N D A T E

---

The judgment of this court, entered January 3, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                  */s/Nwamaka Anowi, Clerk*