# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00089-MR

| | |
|---|---|
| **JORDAN ANDREW JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **GEORGE T. SOLOMON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court sua sponte.

In this civil rights action pursuant to 42 U.S.C. § 1983, the Court granted summary judgment in favor of Defendants. [Doc. 108]. On appeal, the Fourth Circuit Court of Appeals affirmed in part, and reversed in part for further consideration of Plaintiff's retaliatory-transfer claim against Defendant Gregory P. Taylor.[1]  [See Doc. 117]. The mandate was issued on January 25, 2024. [Doc. 119].

The Court intends to refer this case to a United States Magistrate Judge for the purpose of conducting a Judicial Settlement Conference. Any

---

[1] The Clerk will be instructed to terminate all of the other Defendants from this action in the Court's docket.

party not wishing to participate in a Judicial Settlement Conference shall file written objections within fourteen (14) days of this Order.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that any party not wishing to participate in a Judicial Settlement Conference shall file written objections so informing the Court within **fourteen (14) days** of this Order.

The Clerk is respectfully instructed to terminate from the Court's docket all Defendants except for Defendant Gregory P. Taylor.

**IT IS SO ORDERED**.

Signed: January 29, 2024

Martin Reidinger
Chief United States District Judge