IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-00089-MR

| | | |
|---|---|---|
| JORDAN ANDREW JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| GEORGE T. SOLOMON; | ) | |
| W. DAVID GUICE; | ) | |
| FRANK L. PERRY; | ) | |
| (First Name Unknown) WILLIAMS; | ) | |
| ELIZABETH D. WALLACE; | ) | |
| JASMINE BELYEU; | ) | |
| JONNITA BAKER; | ) | |
| JEFFREY DANIELS; | ) | |
| RANDY S. MULL; MIKE BALL; | ) | |
| JASON M. PENLAND; | ) | |
| GREGORY P. TAYLOR; | ) | |
| TIM LAUGHRUN; | ) | |
| BRIAN WATSON; REENE REEL; | ) | |
| ADRIAN Z. CROWE; | ) | |
| BRYAN DALE JOHNSON; | ) | |
| (First Name Unknown) CORNETT; | ) | |
| JAMES C. WALDROOP; | ) | |
| ROBIN HUDGINS; | ) | |
| MARK RANDALL GEOUGE; | ) | |
| BONDY CARROLL; | ) | |
| TYLER STOCKTON; | ) | |
| (First Name Unknown) BANKS; | ) | |
| (First Name Unknown) BALL; | ) | |
| MARTY COOPER; | ) | |
| GILBERT LEWIS; | ) | |
| STEPHEN P. CARPENTER; | ) | |
| SCOTTY LOWERY; | ) | |
| JOSEPH BUCHANAN; and | ) | |
| JOHN DOE; | ) | |
| | ) | |

1

|              Defendants.          )
|_____)

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 123.

A judicial settlement conference is set for **Thursday, April 4, 2024 from 9:30 a.m. to 11:30 a.m**.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from his present place of incarceration. That facility is directed, to the extent reasonably possible, to make such accommodations as are necessary to allow Plaintiff to take part in the settlement discussions in a meaningful manner, such as allowing Plaintiff to participate from a private setting and with access to his case materials.

Defendant Taylor and his counsel may participate in the conference from any location they deem appropriate, provided that Defendant and his counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendant, to the extent Defendant himself does not have such authority. Any such person shall also participate using the same conference line as Defendant and his counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than **March 21, 2024** or be subject to summary denial.

Defense counsel shall ensure that the Warden and/or Plaintiff's case manager at Plaintiff's current place of incarceration receives notice of the conference, including call-in information and a copy of this Order.

It is so ordered.

Signed: February 28, 2024

W. Carleton Metcalf
United States Magistrate Judge