IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-00089-MR

| | |
|---|---|
| JORDAN ANDREW JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| GEORGE T. SOLOMON; ) | |
| W. DAVID GUICE; ) | |
| FRANK L. PERRY; ) | |
| (First Name Unknown) WILLIAMS; ) | |
| ELIZABETH D. WALLACE; ) | |
| JASMINE BELYEU; ) | |
| JONNITA BAKER; ) | |
| JEFFREY DANIELS; ) | |
| RANDY S. MULL; MIKE BALL; ) | |
| JASON M. PENLAND; ) | |
| GREGORY P. TAYLOR; ) | |
| TIM LAUGHRUN; ) | |
| BRIAN WATSON; REENE REEL; ) | |
| ADRIAN Z. CROWE; ) | |
| BRYAN DALE JOHNSON; ) | |
| (First Name Unknown) CORNETT; ) | |
| JAMES C. WALDROOP; ) | |
| ROBIN HUDGINS; ) | |
| MARK RANDALL GEOUGE; ) | |
| BONDY CARROLL; ) | |
| TYLER STOCKTON; ) | |
| (First Name Unknown) BANKS; ) | |
| (First Name Unknown) BALL; ) | |
| MARTY COOPER; ) | |
| GILBERT LEWIS; ) | |
| STEPHEN P. CARPENTER; ) | |
| SCOTTY LOWERY; ) | |
| JOSEPH BUCHANAN; and ) | |
| JOHN DOE; ) | |
| ) | |

1

|                    Defendants.     )
|                                    )
|_____)

This matter is before the Court on Defendant Gregory P. Taylor's "Motion to Excuse Attendance" (the "Motion," Doc. 126).

A telephonic settlement conference is set for April 4, 2024 beginning at 9:30 a.m. The Court's Order of February 28, 2024 provided instructions regarding the parties' participation in that conference. Doc. 124.

By the Motion, Defendant requests that he be excused from personally attending the conference. Doc. 126 at 1. Defendant states that the North Carolina Department of Public Safety ("NCDPS"), as Defendant's employer, is responsible "for payment of a final judgment or the amount due under settlement of the action." Id. at ¶ 2.

However, as a party to the case, Defendant has a vested interest in the matter and the undersigned otherwise believes Defendant's personal participation in the conference may be beneficial. In order to ensure that such participation is not unduly burdensome, the undersigned has previously advised that Defendant and his counsel may participate in the settlement conference from different physical locations if they so choose, as long as they are on one conference line during the conference. See Doc. 124 at 2.

**IT IS THEREFORE ORDERED THAT** Defendant's "Motion to Excuse Attendance" is **DENIED.**

Signed: March 22, 2024

W. Carleton Metcalf
United States Magistrate Judge

3

Case 1:18-cv-00089-MR   Document 127   Filed 03/22/24   Page 3 of 3